United States District Court
Southern District of Texas
**ENTERED**
December 23, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| KATHY MORENO, § § Plaintiff, § VS. § UNIVERSALPEGASUS INTERNATIONAL., *ET AL*, § § § § Defendants. § | CIVIL ACTION NO. 3:22-cv-353 |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On October 14, 2022, the plaintiff filed a notice of voluntary dismissal as to its claims against all defendants, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Dkt. 11.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendants in the above-captioned and numbered lawsuit are **DISMISSED WITHOUT PREJUDICE** to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 23rd day of December, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE